UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Takeem Leinard Collins**  Docket No. 7:16-CR-120-9D

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Takeem Leinard Collins, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846, 841(b)(l)(C), and 841(a)(l), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 5, 2018, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Takeem Leinard Collins was released from custody on May 2, 2019, at which time the term of supervised release commenced.

On June 8, 2020, the court was notified that the defendant received a citation for Driving While License Revoked Not Impaired and Expired Registration Card/Tag. No action was requested at that time which the court agreed.

On June 8, 2020, the court was notified that the defendant was arrested for (M) Failure to Disperse on Command and (M) Violation of Emergency Prohibitions. No action was requested at that time which the court agreed.

On November 25, 2020, the court was notified a criminal compliant was filed against the defendant for (M) Assault on a Female, (M) Assault on a Child under 12, and (M) Interfere Emergency Communications. It was recommended that the defendant undergo mental health counseling to which the court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 21, 2020, the defendant received a citation for Driving While License Revoked Not Impaired and Speeding (20CR705559) in Columbus County.

On February 21, 2021, the defendant received a citation for Possession of an Open Container Alcohol in the Passenger Area (21IF700416) in Brunswick County.

The defendant was reprimanded for his poor decision-making decisions and cognitive intervention techniques were utilized to promote improve thinking. To address the defendant's behavior, it is recommended that the court impose a condition to complete 12 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Takeem Leinard Collins
Docket No. 7:16-CR-120-9D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2034
Executed On: March 3, 2021

## ORDER OF THE COURT

Considered and ordered this __4__ day of __March__, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge